IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WARNER BROS. RECORDS, INC., et al.,

    Plaintiffs,                                      No. CIV S-06-2086 FCD KJM

    vs.

MARIO RAMIREZ,

    Defendant.                                   <u>ORDER</u>

_____/

        On April 10, 2007, the magistrate judge filed findings and recommendations herein which were served on plaintiffs and which contained notice to plaintiffs that any objections to the findings and recommendations were to be filed within ten days.  Plaintiffs have not filed objections to the findings and recommendations.

        The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY ORDERED that:

        1. The findings and recommendations filed April 10, 2007, are adopted in full;

        2. Plaintiffs' motion for entry of default judgment is granted; and

/////

/////

1

1        3. The proposed judgment filed January 5, 2007 (docket no. 15, Exhibit 3) is
2    hereby adopted.
3    DATED: May 15, 2007.

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE