1  Thomas M. Kerr (State Bar No. 241530)
   HOLME ROBERTS & OWEN LLP
2  560 Mission Street, 25th Floor
   San Francisco, CA  94105-2994
3  Telephone:  (415) 268-2000
4  Facsimile:   (415) 268-1999
   tom.kerr@hro.com
5

6  Attorneys for Plaintiffs
   WARNER BROS. RECORDS INC.;
7  PRIORITY RECORDS LLC; UMG
   RECORDINGS, INC.; SONY BMG MUSIC
8  ENTERTAINMENT; ARISTA RECORDS
   LLC; and FONOVISA, INC.
9

10

11                    UNITED STATES DISTRICT COURT

12                   EASTERN DISTRICT OF CALIFORNIA

13                          SACRAMENTO DIVISION

14

| | |
|---|---|
| WARNER BROS. RECORDS INC., a Delaware corporation; PRIORITY RECORDS LLC, a California limited liability company; UMG RECORDINGS, INC., a Delaware corporation; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; ARISTA RECORDS LLC, a Delaware limited liability company; and FONOVISA, INC., a California corporation,<br><br>                Plaintiffs,<br><br>   v.<br><br>MARIO RAMIREZ,<br><br>               Defendant. | Case No. 2:06-cv-02086 FCD-KJM<br><br>Honorable Kimberly J. Mueller<br><br>**DEFAULT JUDGMENT AND PERMANENT INJUNCTION** |

1

1  Based upon Plaintiffs' Application for Default Judgment By The Court, and good
2  cause appearing therefor, it is hereby Ordered and Adjudged that:
3      1.  Plaintiffs seek the minimum statutory damages of $750 per infringed work, as
4  authorized under the Copyright Act (17 U.S.C. § 504(c)(1)), for each of the thirteen (13) sound
5  recordings listed in Exhibit A to Plaintiffs' Complaint.  Accordingly, having adjudged to be in
6  default, Defendant Mario Ramirez ("Defendant") shall pay damages to Plaintiffs for infringement of
7  Plaintiffs' copyrights in the sound recordings listed in Exhibit A to the Complaint, in the total
8  principal sum of Nine Thousand Seven Hundred Fifty Dollars ($9,750.00)
9      2.  Defendant shall further pay Plaintiffs' costs of suit herein in the amount of Four
10 Hundred Twenty Dollars ($420.00).
11     3.  Defendant shall be and hereby is enjoined from directly or indirectly infringing
12 Plaintiffs' rights under federal or state law in the following copyrighted sound recordings:

- "Dance Floor," on album "Zapp II," by artist "Zapp" (SR# 37-321);
- "Ghetto Bird," on album "Lethal Injection," by artist "Ice Cube" (SR# 198-283);
- "Come and Talk to Me," on album "Forever My Lady," by artist "Jodeci" (SR# 129-912);
- "Caress Me Down," on album "Sublime," by artist "Sublime" (SR# 224-105);
- "Who's Crying Now," on album "Escape," by artist "Journey" (SR# 30-088);
- "Cherish The Day," on album "Love Deluxe," by artist "Sade" (SR# 183-731);
- "Is It a Crime," on album "Promise," by artist "Sade" (SR# 71-848);
- "Love of My Life," on album "Supernatural," by artist "Santana" (SR# 289-833);
- "Red Light Special," on album "CrazySexyCool," by artist "TLC" (SR# 198-743);
- "Where Do Broken Hearts Go," on album "Whitney," by artist "Whitney Houston" (SR# 89-966);
- "One Mic," on album "Stillmatic," by artist "Nas" (SR# 305-698);
- "Amigo Bronco," on album "20 Exitos," by artist "Bronco" (SR# 256-014);
- "Flow," on album "Lovers Rock," by artist "Sade" (SR# 298-354);

1  and in any other sound recording, whether now in experience or later created, that is owned or
2  controlled by the Plaintiffs (or any parent, subsidiary, or affiliate record label of Plaintiffs)
3  ("Plaintiffs' Recordings"), including without limitation by using the Internet or any online media
4  distribution system to reproduce (i.e., download) any of Plaintiffs' Recordings, to distribute (i.e.,
5  upload) and of Plaintiffs' Recordings, or to make any of Plaintiffs' Recordings available for
6  distribution to the public, except pursuant to a lawful license or with the express authority of
7  Plaintiffs.  Defendant shall also destroy all copies of Plaintiffs' Recordings that defendant has
8  downloaded onto any computer hard drive or server without Plaintiffs' authorization and shall
9  destroy all copies of those downloaded recordings transferred onto any physical medium or device in
10 Defendant's possession, custody, or control.

DATED: May 15, 2007

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE